**Order filed July 27, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00530-CR
## 14-10-00531-CR

## XIOMARA ROSALES MENDEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1233225, 1221664**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 150, State's Exhibit 269a , Appellant's Exhibit #1 and Appellant's Exhibit #2.**

The clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 150, State's Exhibit 269a , Appellant's Exhibit #1 and Appellant's Exhibit #2, on or before **August 7, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of

inspection, to return the original of State's Exhibit 150, State's Exhibit 269a , Appellant's Exhibit #1 and Appellant's Exhibit #2, to the clerk of the 232nd District Court.


PER CURIAM